UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ANDERSON, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:12-cv-001992-JCM-NJK |
| ) | |
| vs. ) | ORDER GRANTING MOTION TO COMPEL DISCOVERY |
| ) | |
| COLORADO CASUALTY INSURANCE CO, et al, ) | |
| ) | (Docket No. 15) |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is Defendants' motion to compel discovery, filed on June 6, 2013. Docket No. 15. Any response opposing the motion was due by June 23, 2013. *See* Local Rule 7-2(b); *see also* Docket No. 15 (docket entry indicating "Responses due by 6/23/2013"). No such response has been filed to date. Accordingly, the Court finds the motion to compel discovery to be unopposed and hereby GRANTS it. *See* Local Rule 7-2(d). Plaintiff is ordered to (1) provide responses to the outstanding discovery requests identified in the motion to compel discovery; (2) execute the authorization to disclose health information form; and (3) provide dates of availability for the treatment providers identified in the motion to compel discovery to appear for deposition. Plaintiff must comply with this order within 14 days hereof.

IT IS SO ORDERED.

DATED: June 28, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge